# Article III District Court of the United States of America at Knoxville Tennessee

## Memorial for Declaratory Judgment and CLAIM and Delivery

**F I L E D**

MAR 0 9 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

**3:20cv105
McDonough/Poplin**

| | |
|---|---|
| **Petitioner:** Arthur-Lee: Young, Texas state Citizen, | ) |
| United States of America. | ) |
| Vs | ) |
| **Respondent's:** | ) |
| The Owners and Operators and Agents Doing | ) |
| business as - Offices and Officers of Sevier | ) |
| County, Tennessee,General Sessions Court Judge | ) |
| Dwight E. Stokes, Circuit Court Judge, Rex Henry Ogle, | ) |
| Mark Samples Agent, et al, Sevier County Dep. | ) |
| Environmental Health, Chris Jenkins et al, Agents Sevier | ) |
| Co. Building Dept. and GREG LAKEY M.D., et al, | ) |
| Commissioner Texas State Department of Health | ) |
| Services, Agent, et al. | ) |

Pursuant to the Declaratory Judgments Act 28 U.S.C. 2201 – 2202, Act in Rule 57, Federal Rules of Civil Procedure, and Tennessee Code 2010, Title 29,- 14-107, Petitioner moves the court for a declaratory Judgment and/or degree, and declaratory relief, concerning the legal relationship, status, rights and duties, and a determination of the validity and construction of instruments involving parties, and petitioner's rights which are and have been effected by respondent's immoral Acts and unlawful behavior.

## PARTIES

Petitioner, a man, sojourns upon the soil of North America, and has land and properties alleged to be within the territorial jurisdiction of this Court, and petitions this Court pursuant to the statutory right granted to it by Congress, and the common-law, and adopted by the State of Tennessee. Petitioner furthermore grants personal jurisdiction in good faith and honesty in fact. This court has Jurisdiction as a result of interpretation and application of the United States constitution, Treaty's and acts of Congress which are a matter of federal Questions, and diversity. Respondent's; Offices and Officers, agents of the STATE OF TENNESSEE, and STATE OF TEXAS, and SEVIER COUNTY, is within juridical knowledge and subject to the jurisdiction of the court. Respondents has a main office at Sevier County Court House, Court Avenue Sevierville, and Public Works Building, 227 Cedar Street Sevierville, Tennessee, and STATE OF TEXAS, LYNN HANCOCK agent's et al, Texas Vital Records Department of State Health Services at P.O. Box 149347 Austin Texas.

## JURISDICTION

This court has jurisdiction over the persons and subject matter pursuant to Tenn. Code Annotated 29 -14 – 101, et seq., and U.S.C. 28 section 2201, and the Declaratory Judgment Act. There is a controversy (see pleadings attached)

### CAUSE OF ACTION

There are Citizens of the several states of the union and there are citizens of the UNITED STATES. COLGATE v HARVEY Tax Commissioner of Vermont. 296 U. S. 404 427, 80 L. Ed 299 1935, Tashirio v Jordan. 201 Cal. 236 1927. There is government of the United States of America and the several states of the Union thereof. This republic is defined in blacks law 5th as the united states of America. **"United States of America (18c) A Federal republic formed after the late – 18th-**

century War of Independence and made up of 48 conterminous states, plus the state of Alaska and the District of Columbia in North America, plus the state of Hawaii in the Pacific. – Abbr. USA; U.S.". There is a government of the united states and the several states thereof._U.S. v Cruikshank 92 U.S. 542 (1875)._ Petitioner has gave notice to respondent, agents of STATE OF TENNESSEE, of my political self determination and self election to be a state Citizen in the united states of America, (See EXHIBIT – A, )

Crosse v Bd. of Supv. s of Elections, 221 A2d. 431 (1966) RENOYLDS v SIMS 377 U.S. 533. (1964), by sighing 28 U.S.C. (1746(1) at time of booking, (instruments) and the public record evidencing my declaration of status., Exhibit – A, These are non-judicial, Political questions. Baker v Carr ? Pacific States Tel. & Tel. Co. v Oregon, 223U.S.118,82S. Ct. 224(1912). State Citizens have natural, fundamental, and common law rights. The court by denying these inherent Rights of State Citizens, and the constitutional rights at Article IV section 2 and 3 and due process rights protected at the 5th amendment. The involuntary imposition of a U.S. citizenship status and capacity results in the loss of Substantive Due process guaranteed to a state Citizen at Amendment 5, which results in the loss of natural, fundamental and common-law rights protected at article IV section 2 and 3,of the constitution for the United States of America, therefore causing the petitioner to act to their legal determent resulting in the loss of substantial justice by denying the petitioner my substantive rights as a State Citizen.  Madden v. Kentucky, 309 U.S. 83 (1940) 84 L. Ed. 590, at 591  K.Tashiro v. Jordan, 256 P. 545 (1927 Therefore a controversy exist due to the loss of constitutional rights, privileges and immunities, resulting in the loss of natural, fundamental rights of a state Citizen of the republic of the U. S. Of America that the agents of the State of Tennessee has denied. The results; loss of rights, privileges and immunities is a direct result of the loss of state Citizenship status and capacity. This loss of state Citizenship status is apparently the result of a legal instrument

**Page 3, Memorial for Declaratory Judgment**

created by the Agents of the STATE OF TEXAS evidencing the petitioner as a U.S. citizen. See Exhibit – B

## CLAIM FOR RELIEF

NOW WHEREFORE, petitioner demands a declaration and decree concerning:

1. Petitioner relationship to the Entity styled ARTHUR LEE YOUNG, and the legal duties and rights associated with the operation of a State Agency, and the status of petitioner in relationship to respondents at law as a result of the registration of the birth certificate.

2. Clarification and a determination of construction of the instrument, birth certificate and the facts surrounding its Creation.

3. Petitioner's rights affected by respondents Acts, Statutes, regulations, and Ordinances.

Furthermore, Petitioner demands declaratory relief in form of an order directing respondent to:

1. Crete a new Birth Certificate evidencing the Petitioners correct status as a state Citizen of the Republic of Texas as a cognomen having the right of blood as the posterity of We the People and the right of place of birth within the geographical **Territorial** boundary of one of the several states of the Union of the United States of America where the petitioner is an inhabitant on the land and not a resident.

2. Not deny or abridge the petitioners rights, privileges and immunities under the laws of the United States of America and the several states of the Union thereof and not to

involuntary impose a political status on the petitioner, and recognize the petitioner as

a private Citizen within the United States of America.

3. Proper I. D. card to show, when interacting with Agents of the corporations of the

   UNITED STATES.

4. Ability to open bank account to conduct Private business.

**Notice; Claimant cannot be held to the same standard as a practicing Attorney or someone**

**trained in law because Claimant has never been trained in law or schooled in any form of
law. (Hanes v. Kerner 92 set 594) (January 13, 1972).**

Claimant allows 60 days from time of filing these documents for a response. If the court
does not respond within stated time frame then it will be established that the court agrees
with Petitioner/Claimant.

**Claimant reserves the right to update or correct this document.**

_:Arthur-Lee: Young_ date March 5th A.D. 2020

:Arthur-Lee: Young.; Texas state Citizen of the united states of America 28 U.S.C. - 1746( 1)

.

## Rule 9 pleading special matters

(a) Capacity or Authority to Sue; Legal Existence.

The petitioner believes he has the right to have the status and capacity of a state Citizen of the state of Texas per the Treaty of Paris 1783.   Lansine v Smith, 4 Wendal 9(wv) (1829)  Chishlm v Georgia (Feb Term (1793) 2 U.S., 419 1 L. Ed 440.

(2) Raising Those Issues. To raise any of those issues, a party must do so by a specific denial, which must state any supporting facts that are peculiarly within the party's knowledge.

The petitioner as the posterity of We the People has a birth right by privy of blood and a right of soil as the petitioner's place of birth was in the geographic territory of the state of Texas, one of the several states of the union of the United States of America. The denial of the petitioners birth right to be a state Citizen by the  involuntary forcing a U.S. citizenship status of the petitioner causes an extinction of blood and the loss of the title of state Citizen as a <u>cognomen.</u> This act results in the results of airship by the corruption of blood. A U.S. citizenship is a <u>agnomen</u> and arises from an event and is extrinsic in nature. Therefore a U.S. citizen has no birth right and no inheritable rights.  <u>United States v. Valentine, 288 F. Supp. 957 (D.P.R. 1968)</u> The involuntary imposition of a U.S. citizenship status and the application of statues applicable to that class of citizens on the petitioner, who by blood, birth and decent as a coparcener by blood consideration of the People who created the united states of America, who has the inheritable birth right to be a state Citizen acts as a bill of attainder. The involuntary imposition of U.S. citizenship status on the practitioner who has self determined to exercise his birth right and self elected to be a state Citizen works corruption of blood, by causing the heir to lose blood consideration to be a state Citizen. This results in the petitioner's loss of legal relations to the constitution of the united states of America, as one of the

constituted Posterity. The forced application of a U.S. citizenship with the resulting application of U.S. territorial law makes the petitioner illegitimate as an heir to the Federal republic of united states of America. Therefore resulting in the civil death of the petitioner legal and political existence as state Citizen, becoming dead in the law. This results in pains and penalties by the loss of constitutional rights, privileges, immunities and fundamental rights. Twinning v. State of Newjersy, 221 U.S. 78.98(1908)

The loss of status/title and rights operates as a legislative decree of perpetual exclusion from life liberty, property and the pursuit of happiness which are invested rights of a specifically designated group of persons titled state Citizens of the several states of the union. The loss of life as the political persona of state Citizenship is in effect a bill of attainder. 10 U.S. (6 Cranch) 87,138 (1810). The loss of status and rights of state Citizenships partake of the nature of a bill of pains and penalties, which violates the constitutional inhibitions against the passage of bills of attainder. Article I sect. 9, constitution for U. S. of A.

(b) Fraud or Mistake; Conditions of Mind. In alleging fraud or mistake, a party must state with particularity the circumstances constituting fraud or mistake. Malice, intent, knowledge, and other conditions of a person's mind may be alleged generally.

Petitioner, claims that the respondent STATE OF TEXAS agents, created a legal instrument evidencing the respondent to be a U.S. citizen. The respondents' parentage as the posterity of We the People evidences respondents birth right to be a state Citizen of the Republic of Texas having the right of soil(place of birth) and right of blood.(bloodline) The legal instrument (birth certificate) created by the respondents STATE OF TEXAS agents resulted in the flagellant status conversion of the petitioner. The respondent STATE OF TEXAS agents has admitted the legal instrument known as the birth certificate created for the petitioner evidences a U.S. citizenship status and capacity. See Exhibit – B. The Petitioner believes his correct Citizenship status

evidenced by his blood birth and descent should be a state Citizen of the republic of Texas.

The Constitution does not authorize Congress to enlarge or abridge the rights of citizens,

"Citing Osborn v Bank of the United States, 9 Wheat. 737. "The Power of naturalism of Lawton

vested in Congress by Constitution is a power to confer citizenship, not a power to take it

away...The Fourteenth Amendment, while it leaves the power where it was before, in Congress,

to regulate naturalization, has conferred no authority upon congress to restrict the effects of

birth declared by Constitution to constitute a complete right of citizenship," citing United States

v Wong Kim Ark, 169 U.S. at p. 703. Mackenzie v Hare, 239 U.S.299

(c) Conditions Precedent. In pleading conditions precedent, it suffices to allege generally that all conditions precedent have occurred or been performed. But when denying that a condition precedent has occurred or been performed, a party must do so with particularity.

The petitioner only agreed to any contracts or agreements with the respondent STATE OF

TENNESSEE agents by giving public notice to all parties of the petitioners, self determination

and election to not act outside the United States of America, and not to act within the territorial

plain of the UNITED STATES, by signing all documents with 28 USC 1746 (1). Therefore all

constitutional rights secured by the United States of America could not be deemed to be

voluntarily waved. **Brady v. United States, 397 U.S. 742 (1970)**

Therefore the condition precedent, is not voluntary waved, and that the petitioner did not

agree to act in any space, place or plane, where the constitution of the united states of

America is not fully binding. Senate Document 103 – 6 CONSTITUTION OF THE UNITED STATES

OF AMERICA, states on page 53, "...the court has read the preamble as bearing witness to the

fact that the Constitution emanated from the people and was not the act of sovereign and

independent States. MCCULLOCH v MARYLAND, 4 WHEAT. (17 U.S.) 316,403 (1891); CHISLOM

v GEORGIA, 2 Dall. (2U.S.) 419, 471 (1793); MARTIN v HUNTER'S LEESE, 1 WHEAT. (14 U.S.) 304,

324 (1816), and that it was made for, and is binding only in, the United States of America. DOWNES v BIDWELL, 182 U. S. 244, 251 (1901); In re ROSS, 140 U. S. 453, 464 (1891). Therefore the petitioner agreed to legal relations with the respondents agents only in the political and legal existence as a state Citizen and in the place known as the United States of America, a Federal Republic.

(d) Official Document or Act. In pleading an official document or official act, it suffices to allege that the document was legally issued or the act legally done.

Birth certificate is legally issued and done by the agents of the STATE OF TEXAS, per legislative acts by the STATE OF TEXAS. The agents for the STATE OF TENNESSEE legally issued and created court documents forcing the petitioner to appear in court as a U.S. citizen. Both acts violated the petitioner's right of political self determination and self election to be a State Citizen of one of the several states of the Union.

(e) Judgment. In pleading a judgment or decision of a domestic or foreign court, a judicial or quasi-judicial tribunal, or a board or officer, it suffices to plead the judgment or decision without showing jurisdiction to render it.

It is not within the scope of authority, for agents of the courts of the STATE OF TENNESSEE, to make legal judgments and to apply statues only applicable to a U. S. citizen to state Citizens. The STATE of TENNESSEE agents acts are done based on evidence produced by the legal instrument known as a birth certificate, which was created by fraud, therefore the judgment of the court of TENNESSEE is void. Codes Statues and Regulations are not law in legal relations between the Federal Territorial STATES and a state Citizen.

57 Wn.2d 409, JOSEPH PAROSA v. THE CITY OF TACOMA et al., Respondents

19 Wn. App. 722, JOHNSON v. SPOKANE

(f) Time and Place. An allegation of time or place is material when testing the sufficiency of a pleading.

The petitioner only agreed to have legal relations with the agents of the STATE OF TENNESSEE, in the time and place of the United States of America, Title 15, sect. 261 & 262 was not a precedent condition to any acts done resulting in any legal relations with the STATE OF TENNESSEES agents.

The place the petitioner agreed to act was only in the United States of America, a republic and as a state Citizen of one of the several states of the Union, therefore the petitioner did not voluntary agree to act within the time, place and plane of the UNITED STATES territorial jurisdiction and the several states thereof. See Exhibit - C

**Foley Bros., Inc. v. Filardo, 336 U.S. 281 (1949)**

**This territory is defined in Title 28 U.S.C. 3002 (15) A, which says the United States means a "Federal Corporation" or any of the Federal District States as created by congress at 81 thru 131. The District of Columbia is not a state within Article III of the constitution, Tennessee is Defined by the agents of the STATE OF TENNESSEE at Title I chapter 31 – 3 – 105 definitions of terms used in code. (32) "State" when applied to the different parts of the United States, includes the District of Columbia and the several territories of the United States. This State is defined at 28 U.S.C. code 3002 – Definitions (14) "State" means any of the several states, the District of Columbia, the commonwealth of Puerto Rico, the commonwealth of the Northern Marianas, or any territory or possession of the United States. The respondents, STATE OF TENNESSEE and STATE OF TEXAS and the agents thereof, are organizations acting in a federal area as one of the several states of the United States. Ponzi v. Fessenden. ,258 U.S. 254, 66 L. Ed. 607, 42 S. Ct 309 (1922).Therefore the petitioner in legal relations to the STATE OF TENNESSEE and the statue which the petitioner is accused of violating is a past act. The**

petitioner makes a affirmative defense, that the violation the petitioner is accused of is a past act in commercial relations to the United States and the political subdivisions, thereof. For the United States its political subdivisions or any agents thereof to impose the political status Of U. S. citizenship violates the 13ᵗʰ Amendment, sect. 1. Therefore the U. S. citizens (citizens of the District of Columbia) residing in one of the states of the Union, are classified as property and franchises of the Federal Government as an "individual entity". Wheeling Steel Corp. v. Fox, 298 U.S. 193 (1936). To involuntary be made to be the property of the United States is slavery. To involuntary be made to operate as a franchise of the United States is involuntary servitude. This violates the 13ᵗʰ Amendment.

(g) Special Damages. If an item of special damage is claimed, it must be specifically stated. The involuntary imposing of the laws of the several STATES of the UNITED STATES prevents the petitioner to claim property which are a body of rights defined as fundamental, natural and common law rights, which are part of the inherent & vested powers of the several states of the Union and the state Citizens thereof. The respondent STATE OF TEXAS agents, by the creation of the legal instrument, known as the birth certificate, created a fraudulent status conversion for the petitioner. The status conversion from a state Citizen to a U. S. citizen results in a loss of constitutional rights. The loss of privileges and immunities at Article IV section 2, which do not apply to a U. S. citizen. The privileges and immunities clause in Amendment 14, which does not apply to a state Citizen, was nullified by the Slaughter House cases.

The petitioner has been denied the right not to be prejudice to claim property which belongs to state Citizens in the several states of the union, which violates Article IV section 3 of the constitution. For the People as state Citizens are the State. Penhall v Dones Admin 3 U.S. 54,

cd. 57, 3 Dail 54 (1795). Therefore the petitioner has been denied the fundamental right to own property as a land owner. U. S., citizens have only been granted the privilege of right of use of property, land. The petitioner has been prejudice to claim a multitude of fundamental rights. These rights include, the right to travel, the right to marry, the right to own a business, and the right to be a land owner by allodial title. The petitioner is being prejudice by the actions of agents of the STATE of TENNESSEE and agents of the STATE OF TEXAS to claim property in the several states of the Union, by imposing a U.S. citizenship status on the petitioner. The petitioner as a state Citizen has privileges and immunities as an inhabitant in the state of Tennessee protected at Article 4 sec 2 of the Constitution. Therefore the petitioner has the right not to be prejudice to claim the privilege to be a land owner by allodial title and fundamental and natural rights, which are a body of rights and property retained by state Citizens within the several states of the Union. The right to not to be prejudice to claim these forms of property is protected at Article 4 sec 3 of the Constitution.

Status conversion works corruption of blood, by denying the petitioner blood consideration to claim a birth right to be a state Citizen, resulting in pains and penalties, by loss of rights, privileges and immunities. Therefore violating Article I, section 9 & 10 of the constitution; no bill of attainder clause. The petitioner is denied the Substantive due process protected at Article IV sec 3, as applied to state Citizens, therefore violating the 5th Amendment due process clause. In Brown v. Levese Com'rs, 50 MIS 479," it is said that these constitutional provisions do not mean the general body of the law as it was at the time the Constitution took effect, but they refer to certain fundamental rights which the system of jurisprudence of which ours is derivative has always been recognized; if any of these are disregarded in proceedings by which the system of jurisprudence of which ours is derivative has always been recognized; if any of

these are disregarded in the proceedings by which a person is condemned to the loss of property, etc., then the deprivation has not been by due process of law, and it has been held that the state cannot deprive a person of his property without due process of law through a constitutional convention anymore than it can through an act of legislature." Petitioner has a right to have his case herd in common law; Saving to Suitors 28 U.S. Code § 1333.

The petitioner has been denied the right to obtain a suit at common law, under the rules of common law, which violates Amendment VII (7). The forced or involuntary status of U. S. citizenship on the petitioner violates the 13th Amendment of the constitution; prohibition of slavery and involuntary servitude. Therefore the petitioner has been damaged by the agents of the STATE OF TENNESSEE and the STATE OF TEXAS by denying the petitioner the afore mention Constitutionally protected rights privileges and immunities. The petitioner seeks relief from the court on these issues.

(h) Admiralty or Maritime Claim.

Petitioner has a Right to have case herd in Common Law, 'Saving To Suitors' clause (1789) codified at Title 28 U.S.C.A. §1333:

Maxim of Law – The right blood & Kindred cannot be destroyed by Civil Law.

**Notice; Claimant cannot be held to the same standard as a practicing Attorney or someone trained in law because Claimant has never been trained in law or schooled in any form of law. (Hanes v. Kerner 92 set 594) (January 13, 1972).**

**Claimant reserves the right to update or correct this document.**

...:*Arthur-Lee: Young*......date, *March 5th* A. D. *2020*.......

:Arthur-Lee: Young.; Texas state Citizen/united states of America, 28 U.S.C. - 1746( 1)

# Brief

A controversy exists due to Acts of Congress where Congress created territorial statutory States and political subdivisions of said States; which have enacted statutes and codes which apply only in the territorial plane of the United States per the several States of the United States. See Ponzi – v – Fesedson. Congress, organized by We The People in Article I of the Constitution For the united states of America 1787. In 1947, the 80th congress enacted into law 31 titles of the United States code that are now Title 1 – 53. Congress reorganized itself in Title 2 creating the Federal Territorial States. These Federal Territorial States exist in the Exterior Boundaries of the Geographical Boundaries of the republic's of the Union states, in a time and plane of the UNITED STATES, and have political subdivisions called counties, parish's and municipal corporations. The United States as reorganized under titles 1 – 3; the several states created at Title 28 U. S. C. 81 - 131 and the political subdivisions of those states that only exist in the Federal territorial plane of jurisdiction. Therefore the Statues, rules, and regulations created by these political entities only apply within the Federal Plane of jurisdiction.

See Foley Brothers, Inc. - v - Filardo. Any agents acting under the authority of these political entities can act as agents only within the Federal Territorial composite State. These political entities and their agents, therefore, are acting in a public international law. These Statues and codes only apply to United States citizens residing in the several states of the Union but are domiciled in the United State,(District of Columbia). The definition of United States: 110(d) the term state includes any territory or possession of the United States 22(e), the term Federal Area means any land or premises held or acquired by and for the use of the United States or any department, established or agency of the UNITED STATES and any Federal area or any part

thereof which is located within the EXTERIOR BOUNDARIES of any state, SHALL BE DEEMED TO BE A FEDERAL AREA LOCATED WITHIN SUCH STATE". Therefore, these states and codes of Washington, D. C. only apply in the Federal Territorial jurisdiction of the United States and its states". It is a well-established principle of law that all federal legislation applies only within the territorial jurisdiction of United States unless a contrary intent appears", (Foley Brothers – v – Filardo 336 U. S. C. 281, 1948. It is not the scope of authority of Washington, D. C. to apply or enforce its statues and codes upon state Citizens of any State. The claimant has the right of political self determination to choose to be a state Citizen as opposed to a United States citizen. Reynolds – v – Sims; United States – v - Crenshaw. The Claimant has a right to be a state Citizen of Texas and by privy of blood as one of the posterity of We the People. "We have in our political system a government of each of the several states. Each is distinct from the other and each has citizens of its own." United States – v – Cruikshank, 92 U. S. 542, 23 L. Ed. 588.

The united states cannot impose a political status on those who are State Citizens by virtue of deriving their state Citizenship by privy of blood from those People who created the United States of America. "In this state, as well as in all republics, it is not the legislation, however transcendent it's powers, who are supreme--- but the people and to suppose that they may violate the fundamental law is, as has been most eloquently expressed, to affirm that the deputy is greater than the principle; that the servant is above his master; that the representatives of the people are superior to the people themselves; that the men acting by virtue of delegated powers may do. Not only what their powers do not authorize, but what they forbid. "See Warning - v – Mayor of Savannah. 60 Georgia. P. 93. For Congress and its several States and political subdivisions thereof , to impose their territorial Statutes and

Codes on a state Citizen is in violation of the permanent Law of the Constitution for the united states of America and the Constitution of the United States. The United States by imposing its Statues and Codes on the Claimant is forcing the Claimant to give up his rights, privileges, and immunities secured by the Constitution for the united states of America. These facts and circumstances give rise to the Constitutional controversy touching the legal relatives of the parties having adverse legal interests due to the parties diverse legal venue and jurisdiction, created by an act of Congress at 28 U.S.C. 81 – 131; and the Claimant's political self determination to be a State Citizen.

". A state may not impose a charge for the It is contended, however, that the fact that the license tax can suppress or control this activity is unimportant [319 U.S. 105, 113] if it does not do so. But that is to enjoyment of a right granted by the federal constitution. Thus, it may not exact a license tax for the privilege of carrying on interstate commerce 319 U.S. 105 (1943)"

**MURDOCK v. COMMONWEALTH OF PENNSYLVANIA and seven other cases, including JONES v. CITY OF OPELIKA, 319 U.S. 105 (1943)**

*Held:* "1. A law subjecting the right of free expression in publicly owned places to the prior restraint of a license, without narrow, objective, and definite standards is unconstitutional, and a person faced with such a law may ignore it and exercise his First Amendment rights. Pp. 394 U. S. 150-151". **U.S. Supreme Court Shuttlesworth v. City of Birmingham, 394 U.S. 147 (1969)**

## Notice the jurisdiction of all Agencies created by Congress.

**From Constitution for the united states of America** and the Constitution of the United States; Article 1, Section 8, paragraph 17, **"To exercise exclusive Legislation in all Cases whatsoever, over such Districts (not exceeding ten Miles square)** as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all places purchased by the Consent of the Legislature of the State in which the same shall be, for the Erection of Forts, Magazines,

Arsenals, dock-Yards, and other needful Buildings;".

Deprivation of state Citizenship as a citizenship under the Common Law, results in the

Petitioner/Claimant being denied a jury of my peers under the common law, violating the 7th

Amendment of the Constitution for the United States of America.

All of the afore mentioned constitutional issues & Treaties are under the supremacy clause and

the Treaties are the supreme law of the land and the(Article VI) "Judges in every state shall be

bound thereby, any Thing in the Constitution or laws of any State to the Contrary

notwithstanding".

*Marbury v. Madison.* ," the Chief Justice noted that the Supremacy Clause (Art. VI, cl. 2) gave the Constitution precedence over laws and treaties, providing that only laws "which shall be made in *pursuance* of the constitution" shall be the supreme law of the land.749"

I am not a incorporated Franchise, U. S. citizen. I am a Texas state Citizen under Common Law,

a free Man on the land, by myself determined political status according to the Treaty of Spain

Article 9,1898 and Treaty of Paris, Article - I, 1783.

The claimant is a Stated Beneficiary of the Constitution for the United States of America and has

all of the fundamental Rights granted to his forefathers, via privy of blood at the Treaty of Paris,

A.D. 1783, and protected by the Constitution for the United States of America..

**Claimant is not schooled in law and reserves the right to update or correct this document.**

:Arthur-Lee: Young date March 5th A. D. 2020

:Arthur-Lee: Young.; Texas state Citizen of the united states of America 28 U.S.C. - 1746( 1)

Brief; Memorial for Declaratory Judgment & Claim, page 4 of 4